# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.      1:25-cr-02056-SAB-2** |
| Plaintiff, | **CRIMINAL MINUTES** |
| -vs- | **DATE:      05/11/2026** |
| TRAVIS WARREN BOLAND, | **LOCATION:  YAKIMA, WA** |
| Defendant. | **STATUS CONFERENCE** |

| **Chief Judge Stanley A. Bastian** | | | |
|---|---|---|---|
| Ruby Mendoza | 03 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Courtney Pratten | | Nicholas Granath | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ]  Open Court**          **[   ]  Chambers**          **[   ]  Telecon/Video**

Defendant present and out of custody of the US Marshal.

Court addresses counsel, understands defendant wants a trial date.

Mr. Granath indicates there are active negotiations; seeking a trial date. Codefendant's counsel will not be opposing Motion to Sever.

Court addresses trial scheduling with counsel.
   Ms. Pratten estimates 2-3 days for trial if the Motion to Sever is granted.

Ms. Pratten needs additional time to respond to the Motion. Requests until June 15th.
   Mr. Granath does not object.
   Court sets deadline for the government to respond to the motion on June 15th.

Mr. Granath indicates counsel is seeking a trial date between October and December. Trial may be set later but not sooner than October.

Ms. Pratten estimates a week and a half for trial if Motion to Sever is denied.

Court will set a trial date after a ruling on the Motion to Sever is made.

## [ X ]   ORDER FORTHCOMING

| **CONVENED:  11:37 A.M.** | **ADJOURNED:  11:46 A.M.** | **TIME:  9 MIN.** | **CALENDARED    [ X ]** |
|---|---|---|---|