FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

TRAVIS WARREN BOLAND,

Defendants.

No. 1-25-CR-02056-SAB-2

**ORDER SETTING DEADLINES**

A pretrial conference was held on May 11, 2026, in Yakima, Washington. Defendant was out of custody and was represented by Nicholas Granath. The United States was represented by Courtney Pratten.

At the hearing, Defendant asked the Court to set a trial date. Ms. Pratten asked for additional time to respond to the pending motions. The Court indicated it would not set a trial date until after it has ruled on the motions. This Order memorializes the Court's oral rulings.

//
//
//
//
//
//
//

**ORDER SETTING DEADLINES ~ 1**

Accordingly, **IT IS ORDERED**:

1.  The deadline for the United States to file its responses to Defendant's pending motions is **June 15, 2026**.

2.  Pursuant to 18 U.S.C. § 3161(h)(1)(D), the time between January 25, 2026, the date the pretrial motions were filed, until the date the pretrial motions are decided, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 12th day of May 2026.



Stan Bastian
Chief United States District Judge

**ORDER SETTING DEADLINES ~ 2**